Tony Whitehead, Plaintiff in Error, vs. John F. Rollins individually and as Trustee for Jonathan C. Greeley and Harwood Morgan, Defendant in Error.

Writ of error to Circuit Court, Duval county; Rhydon M. Call, Judge.

W. P. Ward, for Plaintiff in Error.

No appearance for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*